UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : INDICTMENT

      -v.- : 10 Cr.

SAFET MURIC, a/k/a "Sajo," and :
NUSRET DURAKOVIC, a/k/a "Nino,"
                                  :
          Defendants.
                                  :
- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1. In or about February 2005, in the Southern District of New York and elsewhere, SAFET MURIC, a/k/a "Sajo," and NUSRET DURAKOVIC, a/k/a "Nino," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, MURIC and DURAKOVIC, and others known and unknown, agreed together to rob a restaurant located at 967 Lexington Avenue in New York, New York.

## OVERT ACTS

2. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

   a. On or about February 18, 2005, SAFET MURIC, a/k/a "Sajo," the defendant, tied up a worker at a restaurant at 967 Lexington Avenue in New York, New York.

   b. On or about February 18, 2005, NUSRET DURAKOVIC, a/k/a "Nino," the defendant, acted as a lookout during the robbery of a restaurant located at 967 Lexington Avenue in New York, New York.

   Title 18, United States Code, Sections 1951 & 2.)

## COUNT TWO

The Grand Jury further charges:

   3. On or about February 18, 2005, in the Southern District of New York, SAFET MURIC, a/k/a "Sajo," and NUSRET DURAKOVIC, a/k/a "Nino," the defendants, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit,

MURIC and DURAKOVIC, and others known and unknown, robbed a restaurant located at 967 Lexington Avenue in New York, New York.

(Title 18, United States Code, Sections 1951 & 2.)

_____          _____
Foreperson                               PREET BHARARA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SAFET MURIC & NUSRET DURAKOVIC,

Defendant.

INDICTMENT

10 Cr.

(18 U.S.C. §§ 1951 & 2)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.